| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar No. 122664<br>Federal Defender |
| 2 | MEGAN T. HOPKINS, Bar No. 294141<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226<br>Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant<br>MIGUEL VILLARREAL |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | Case No. 1:18-cr-0154 LJO-SKO |
| Plaintiff, | | |
| vs. | | REQUEST FOR WAIVER OF DEFENDANT'S PERSONAL APPEARANCE; ORDER THEREON |
| MIGUEL VILLARREAL, | | |
| Defendant. | | |

Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, MIGUEL VILLARREAL, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that his interests shall be represented at all times by the presence of his attorney, Assistant Federal Defender, Megan T. Hopkins, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times.

Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

The government does not oppose this request.

///

This request is made to avoid the necessity of travel for all court appearances, in light of the fact that defendant resides in Modesto, CA and is currently working full-time.

DATED: October 1, 2018 /s/ Original signature on File
MIGUEL VILLARREAL

DATED: October 1, 2018 /s/ Megan T. Hopkins
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for MIGUEL VILLARREAL

O R D E R

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order of the Court.

IT IS SO ORDERED.

Dated: **October 2, 2018** /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE