United States District Court
EASTERN DISTRICT OF CALIFORNIA

FILED
OCT 23 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

United States of America )
vs. ) Case No. 1:18-CR-00154-LJO-SKO
Miguel Villarreal )
)

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Miguel Villarreal_____, have discussed with _____Margarita Zepeda_____, Pretrial Services Officer, modifications of my release conditions as follows:

You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____[signature]_____  10/17/18     _____[signature]_____  10/17/2018
Signature of Defendant   Date          Pretrial Services Officer   Date

I have reviewed the conditions and concur that this modification is appropriate.

_____[signature]_____                          10/22/18
Signature of Assistant United States Attorney     Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____[signature]_____                          10/17/2018
Signature of Defense Counsel                     Date

### ORDER OF THE COURT

[✓] The above modification of conditions of release is ordered, to be effective on  10/23/18  .
[ ] The above modification of conditions of release is *not* ordered.

_____[signature]_____                          10/23/18
Signature of Judicial Officer                    Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services