| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MEGAN T. HOPKINS, #294141 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: 559-487-5561/Fax: 559-487-5950 |
| 5 | |
| | Attorneys for Defendant |
| 6 | MIGUEL VILLARREAL |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-cr-0154-LJO-SKO |
| Plaintiff, | STIPULATION TO MODIFY TERM OF PRETRIAL RELEASE; ORDER |
| vs. | JUDGE: Hon. Erica P. Grosjean |
| MIGUEL VILLARREAL, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that Mr. Villarreal's pretrial release conditions be modified to permit Mr. Villarreal's participation in residential drug treatment and further restrict the use of any controlled substance, to include medically prescribed marijuana.

On April 29, 2019, Mr. Villarreal reported to the Pretrial Services office, accompanied by his third party custodian and his legal counsel. Mr. Villarreal admitted to a relapse with alcohol that corresponded with the anniversary of his father's death, expressed his fear that he could not manage his sobriety on his own without additional treatment, and requested to be placed in residential drug treatment at WestCare to address his substance abuse. On that same date, he submitted a presumptively positive drug test for marijuana and cocaine, as well as a positive alcohol test. Mr. Villarreal admitted to using all of the above substances and believes he would benefit from residential drug treatment.

Pretrial Services and defense counsel are in agreement that Mr. Villarreal is in need of residential drug treatment to address his issues and would benefit from such treatment. Pretrial Services contacted WestCare and bed space has been reserved for Mr. Villarreal on May 2, 2019, at 8:30 a.m. The Federal Defender is able to assist Mr. Villarreal with arranging transportation to the program. The government joins this request for residential treatment for Mr. Villarreal.

Given that Mr. Villarreal has recognized the need for treatment to address his addiction and admitted to his drug use, it is respectfully recommended Mr. Villarreal's conditions of release be amended to add the following conditions of release:

1. You must refrain from any use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

2. You must participate in the substance abuse treatment program at WestCare inpatient facility, and comply with all the rules and regulations of the program. You must remain at the inpatient facility until released by the pretrial services officer;

    a. A responsible party, approved by Pretrial Services, must escort you to all required court hearings and escort you back to the inpatient facility upon completion of the hearing;

All other conditions of release are to remain in full force and effect.

Additionally, Pretrial Services and the parties agree that Mr. Villarreal should continue his participation in Better Choices Court. In light of a blackout period of treatment that is part of WestCare's protocol, Mr. Villarreal will not be able to attend Better Choices Court on May 15, 2019, and the parties therefore request that his appearance on that date be waived. The parties request that Mr. Villarreal's next Better Choices Court appearance be set for June 19, 2019, at 10:00 a.m., before the Honorable Erica P. Grosjean.

//

//

Respectfully submitted,

MCGREGOR SCOTT
United States Attorney

DATED: April 30, 2019  /s/ Jeffrey Spivak
JEFFREY SPIVAK
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: April 30, 2019  /s/ Megan T. Hopkins
MEGAN T. HOPKINS
Assistant Federal Defender
Attorneys for Defendant
MIGUEL VILLARREAL

# **O R D E R**

**IT IS SO ORDERED** that Miguel Villarreal's pretrial release conditions be amended to include those conditions set forth above. All other conditions remain in full force and effect. It is further ordered that the May 15, 2019 Better Choices Court hearing date is WAIVED for Mr. Villarreal, and he is ordered to appear at Better Choices Court on June 19, 2019, at 10:00 a.m.,[1] before the Honorable Erica P. Grosjean upon arrangement of an escort from WestCare, approved in advance by pretrial services.

IT IS SO ORDERED.

Dated: **May 1, 2019**   /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court requests that Mr. Villareal come to Court by 9:30 am in order to meet with defense counsel prior to the Better Choices Court hearing, which starts at 10:00 am.