1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MEGAN T. HOPKINS, #294141
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: 559-487-5561/Fax: 559-487-5950
5
   Attorneys for Defendant
6  MIGUEL VILLARREAL

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| 11 | UNITED STATES OF AMERICA, | Case No.  1:18-cr-0154-LJO-SKO |
| 12 | Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| 13 | vs. | JUDGE: Hon. Sheila K. Oberto |
| 14 | MIGUEL VILLARREAL, | |
| 15 | Defendant. | |

16

17        IT IS HEREBY STIPULATED by and between the parties hereto through their

18  respective counsel, that the status conference scheduled for May 20, 2019 at 1:00 p.m. be

19  continued to **August 19, 2019 at 1:00 p.m.**

20        The government is in the process of producing additional discovery at the request of the

21  defense, which the defense will need additional time to review and to evaluate the need for a

22  motions schedule.  The parties will also use this time to advance plea negotiations.

23        Based on the foregoing the parties agree that the ends of justice served by resetting the

24  status conference date outweigh the best interest of the public and the defendant in a speedy trial.

25  Therefore the parties agree that time is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A),

26  (B)(iv).

27  / / /

28  / / /

Respectfully submitted,

MCGREGOR SCOTT
United States Attorney

DATED: May 13, 2019                    */s/ Jeffrey Spivak*
                                       JEFFREY SPIVAK
                                       Assistant United States Attorney
                                       Attorney for Plaintiff


                                       HEATHER E. WILLIAMS
                                       Federal Defender

DATED: May 13, 2019                    */s/ Megan T. Hopkins*
                                       MEGAN T. HOPKINS
                                       Assistant Federal Defender
                                       Attorneys for Defendant
                                       MIGUEL VILLARREAL


## O R D E R

The parties' request for a continuance is DENIED. This case has been pending since July 2018. At the status conference on February 19, 2019, the Court set a further status conference on May 20, 2019, and asked the parties to be prepared to set the case for trial at the next status conference.

The Court understands the need for the parties to conduct additional investigation and to obtain information, so they may properly evaluate the case. This does not, however, preclude the setting of a trial date. The Court will accommodate the parties' request for a trial date that provides them sufficient time to conduct further investigations and engage in plea negotiations.

IT IS SO ORDERED.

Dated:  **May 15, 2019**                    /s/ *Sheila K. Oberto*
                                       UNITED STATES MAGISTRATE JUDGE