HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
MEGAN T. HOPKINS, Bar #294141
Assistant Federal Defenders
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
MIGUEL VILLARREAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MIGUEL VILLARREAL,<br><br>　　　　　Defendant. | Case No. 1:18-cr-00154-LJO-SKO<br><br>STIPULATION TO MODIFY TERM OF PRETRIAL RELEASE; ORDER |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, Assistant United States Attorney Jeffrey Spivak, counsel for plaintiff, and Assistant Federal Defender Megan T. Hopkins, counsel for Defendant Miguel Villarreal, that the conditions of Mr. Villarreal's pretrial release be modified. Specifically, the parties agree that the following language should be removed:

> You must participate in the substance abuse treatment program at WestCare inpatient facility, and comply with all the rules and regulations of the program. You must remain at the inpatient facility until released by the pretrial services officer;
>
> > a. A responsible party, approved by Pretrial Services, must escort you to all required court hearings and escort you back to the inpatient facility upon completion of the hearing;

//

The parties request that the following language be added in its place:

> You must participate in the Teen Challenge residential treatment program, or another residential substance abuse treatment program approved by Pretrial Services, and comply with all the rules and regulations of the program. You must remain at the program facility until completion of the program.

Mr. Villarreal has been on pretrial release since August 7, 2018. Mr. Villarreal has recently completed the WestCare Inpatient Program and has been accepted to the long-term residential treatment program at Teen Challenge in Reedley, CA. The parties believe that the proposed modification is appropriate given Mr. Villarreal's progress on pretrial release and his self-identified need for ongoing residential treatment. Mr. Villarreal's Pretrial Services Officer, Jessica McConville, is in agreement with the requested change. The parties agree that all other terms and conditions of probation previously imposed shall remain the same.

Respectfully submitted,

MCGREGOR SCOTT
United States Attorney

Date: September 16, 2019        */s/ Jeffrey Spivak*
                                JEFFREY SPIVAK
                                Assistant United States Attorney
                                Attorney for Plaintiff


                                HEATHER E. WILLIAMS
                                Federal Defender

Date: September 16, 2019        */s/ Megan T. Hopkins*
                                MEGAN T. HOPKINS
                                Assistant Federal Defender
                                Counsel for Defendant
                                MIGUEL VILLARREAL

# **O R D E R**

The modification of pretrial release set forth in this stipulation **IS HEREBY APPROVED**.

IT IS SO ORDERED.

Dated: **September 17, 2019**          /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE